979 A.2d 838

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lucillious WILLIAMS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 17, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of August, 2009, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

1. Whether the trial court's decision to allow the deliberating jury to listen to playback of audio-recorded trial testimony outside the defendant's presence violated Pa. R.Crim.P. 602.

2. Whether the trial court's decision to allow the jury to listen to playback of audio-recorded trial testimony in the deliberation room violated Pa.R.Crim.P. 646.